```
BENJAMIN B. WAGNER
United States Attorney
JOHN K. VINCENT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:01-mj-00176-DAD |
| Plaintiff, | |
| v. | GOVERNMENT'S MOTION TO DISMISS COMPLAINT; ORDER THEREON |
| LYNN WAAGE JOHNSTON, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, the United States hereby moves the Court, in the interest of justice, for an order dismissing without prejudice the complaint in this case against Lynn Waage Johnston.  Ms. Johnston was charged as part of the Tri-West Investment fraud case, but has never been extradited to the United States.  The complaint was filed on August 27, 2001, nearly ten years ago.  Other defendants involved in the Tri-West Investment

///
///
///
///

1

fraud case have already been convicted, sentenced, and released.

DATED: February 9, 2011

>                    BENJAMIN B. WAGNER
>                    United States Attorney
>
>
>                    By, /s/ John K. Vincent
>                        JOHN K. VINCENT
>                        Assistant U.S. Attorney

O R D E R

In view of the instant motion, and GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the complaint in the above-captioned action is hereby dismissed without prejudice.

DATED: February 14, 2011

>                         /s/ Gregory G. Hollows
>                        United States Magistrate Judge

2